UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x

In re:                              :

GOVERNOR FINANCIAL CENTER, LLC    :    BK No. 04-10636
          Debtor                       Chapter 11
- - - - - - - - - - - - - - - - - - -x

In re:                              :

ROSEDALE PROPERTIES, LLC              :    BK No. 04-10637
a/k/a Rosedale Apartments              Chapter 11
          Debtor

- - - - - - - - - - - - - - - - - - -x

## ORDER

     Joseph DiOrio, Chapter 11 Trustee of Arnold Kilberg, BK Case
No. 04-10632, having filed a motion for reconsideration of the
Court's decision to abstain in the Chapter 11 cases of Governor
Financial Center, LLC and Rosedale Properties, LLC, all parties
having been heard on this date, and the SBA having stated its
intention of filing forthwith a motion for withdrawal of the
reference which will be consented to by all parties, and it
appearing to the Court that there are important issues as to the
jurisdiction of this Court under 15 U.S.C. 687c,

     IT IS HEREBY ORDERED that:

     The automatic stay of 11 U.S.C. § 362 shall be reinstated
and continue in force as to the Governor and Rosedale cases
until further order by Judge Lagueux with respect thereto,
except that Joseph Ferrucci, as Receiver of Governor, may

BK No. 04-10636; BK No. 04-10637

continue with the sale of Governor properties so long as he pays only allowed secured claims and allowed administrative expenses and holds any funds in excess of those required to pay such secured claims and administrative expenses until directed with respect thereto by Judge Lagueux or his designee.

All pending motions in the Governor and Rosedale Chapter 11 cases shall pass from the Bankruptcy Court's calendar for consideration until this matter has been acted upon by Judge Lagueux or his designee.

Dated at Providence, Rhode Island, this     13th     day of April, 2004.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket
Date: 4/13/04

2